1  Brian J. Mills (#216078)
   bmills@swlaw.com
2  Amina Mousa (#319335)
   amousa@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
4  Costa Mesa, California 92626-7689
   Telephone:    714.427.7000
5  Facsimile:    714.427.7799

6  Attorneys for Defendants Diamond Resorts
   International Club, Inc. and Lake Tahoe Resort
7  Partners LLC

8

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12   JULIET CONRAD, JOHN DARMANIN,          Case No. 2:19-CV-00301-JAM-KJN
     LINDA DARMANIN,
13                                          **ORDER EXTENDING TIME TO**
                  Plaintiff,                **RESPOND TO COMPLAINT**
14
          v.                                Complaint Filed: February 19, 2019
15                                          Current Response Date: March 29, 2019
     DIAMOND RESORTS INTERNATIONAL          and April 1, 2019
16   CLUB, INC.; DIAMOND RESORTS U.S.       Requested Response Date: April 29, 2019
     COLLECTION DEVELOPMENT, LLC.;
17   DIAMOND RESORTS U.S. COLLECTION        Trial Date: None set
     MEMBERS ASSOCIATION; LAKE TAHOE
18   RESORT PARTNERS LLC; DIAMOND
     RESORTS HOLDINGS, LLC AND DOES 1-
19   20,

20                Defendant.

21

22

23

24

25

26

27

28

Order Extending Time to Respond to First Amended Complaint

1       Pursuant to the stipulation of the Parties, the Court hereby issues the following order:

2       The time for defendants Diamond Resorts International Club, Inc. and Lake Tahoe Resort

3 Partners LLC to respond to the Complaint is hereby extended until April 29, 2019.

4

5       IT IS SO ORDERED.

6

7       Date: 4/2/2019            /s/ John A. Mendez_____

8                                     Hon. John A. Mendez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

Order Extending Time to Respond to First Amended Complaint