# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIET CONRAD, JOHN DARMANIN, LINDA DARMANIN,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL CLUB, INC.; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC.; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; LAKE TAHOE RESORT PARTNERS LLC; DIAMOND RESORTS HOLDINGS, LLC AND DOES 1-20,<br><br>Defendants. | Case No. 2:19-CV-00301-JAM-KJN<br><br>**ORDER EXTENDING DEADLINE TO COMPLETE THE VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>Complaint Filed: February 19, 2019<br>Trial Date: None Set |

The Court, having considered the parties' Joint Stipulation, hereby issues the following order:

The deadline for the parties to complete the Voluntary Dispute Resolution Program is hereby extended to January 31, 2020.

IT IS SO ORDERED.                         /s/ John A. Mendez_____

Dated:   November 13, 2019                 Honorable John A. Mendez