CELIA McGUINNESS, Esq. (SBN 159420)
STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
cmcguinness@dmglawfirm.com

Attorneys for Plaintiff
JULIET CONRAD, JOHN DARMININ,
LINDA DARMANIN

**FILED**

JUN 15 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIET CONRAD, JOHN DAMANIN, LINDA DARMANIN,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL CLUB, INC.; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC.; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; LAKE TAHOE RESORT PARTNERS LLC; DIAMOND RESORTS HOLDINGS, LLC AND DOES 1-20,<br><br>Defendants. | CASE NO. 2:19-cv-00301-JAM-KJN<br><br>Civil Rights<br><br>[~~PROPOSED~~] JAM ORDER GRANTING MOTION TO SUBSTITUTE LINDA DARMANIN, EXECUTOR OF THE ESTATE OF JULIET CONRAD<br><br>FRCP Rule 25<br><br>DATE: ~~May 26~~ 9am June 16, 2020<br>TIME: 1:30 PM |

The motion of Plaintiff LINDA DARMANIN as executor of the Estate of Plaintiff JULET CONRAD, deceased seeking order to substitute "Linda Darmanin, Executor of the Estate of Juliet Conrad" in place and stead of Plaintiff JULIET CONRAD pursuant to Rule 25 of the Federal Rules of Civil Procedure ~~came on for hearing before this Court on May 26, 2020 at 1:30 p.m.~~ **Jam is before the Court.** The motion is unopposed.

After careful consideration of the points & authorities and evidence presented the Court

finds there is sufficient grounds for the requested relief and further that Linda Darmanin, Executor of the Estate of Juliet Conrad is a proper party to substitute in place and stead of Plaintiff JULIET CONRAD, deceased.

IT IS THEREFORE ORDERED:

That henceforth, Linda Darmanin Executor of the Estate of Juliet Conrad, deceased be substituted in place and stead of Plaintiff JULIET CONRAD for all purposes in this matter.

Dated: June 15, 2020

John A. Méndez,
DISTRICT COURT JUDGE

- 2 -
*GRANTING MOTION TO SUBSTITUTE*